UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF CALIFORNIA

FILED
November 15, 2019
CLERK, US DSITRICT COURT
EASTERN DISTRICT OF
CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>Plaintiff,<br><br>v.<br><br>ESMERALDA M. PINEDA<br><br>Defendant. | Case No. 2:18-po-00154-DB<br><br>**ORDER FOR RELEASE OF PERSON IN CUSTODY** |

TO: UNITED STATES MARSHAL:

This is to authorize and direct you to release ESMERALDA M. PINEDA

Case No. 2:18-po-00154-DB Charges 41 CFR § 102-74.390 from custody for the

following reasons:

⎯⎯⎯ Release on Personal Recognizance

⎯⎯⎯ Bail Posted in the Sum of $ ⎯⎯⎯⎯⎯⎯⎯⎯⎯⎯⎯⎯⎯⎯⎯⎯

⎯⎯⎯ Unsecured Appearance Bond $ ⎯⎯⎯⎯⎯⎯⎯⎯⎯⎯⎯⎯

⎯⎯⎯ Appearance Bond with 10% Deposit

⎯⎯⎯ Appearance Bond with Surety

⎯⎯⎯ Corporate Surety Bail Bond

__X__ (Other): Time Served. Case dismissed.

Issued at Sacramento, California on November 15, 2019 at 2:00 PM

By: ⎯⎯⎯⎯⎯⎯⎯⎯⎯⎯⎯⎯⎯⎯⎯⎯⎯⎯⎯⎯⎯⎯

Magistrate Judge Kendall J. Newman